HONORABLE ROBERT S. LASNIK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED COMMAND INTERNATIONAL, LTD., a UK Private Limited Company,<br><br>Plaintiff,<br><br>vs.<br><br>MICROFUN INC., a Washington Corporation, and BEIJING MICROFUN CO. LTD., a Corporation of the People's Republic of China,<br><br>Defendants. | CIVIL ACTION NO. 2:18-cv-00963-RSL<br><br>STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND CASE DEADLINES |

Pursuant to LCR 7(d)(1), Plaintiff United Command International, Ltd. ("UCI") and Defendants Microfun Inc. ("Microfun") and Beijing Microfun Co. Ltd. ("Beijing Microfun") (collectively, "Defendants"), through their respective undersigned counsel, hereby stipulate that Beijing Microfun has accepted service of the summons and complaint in this matter as of October 8, 2018. Pursuant to Fed. R. Civ. P. 4(d)(3) and the parties' agreement, Beijing Microfun's deadline to answer or otherwise respond to UCI's complaint is ninety (90) days after such acceptance of service, that is, January 7, 2019.

STIPULATION AND ~~PROPOSED~~ ORDER TO
EXTEND CASE DEADLINES - 1
2:18-cv-00963-RSL

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

UCI and Defendants further stipulate to extend the time for Microfun to answer or otherwise respond to UCI's complaint, which was served on September 24, 2018, by sixty (60) days to provide Microfun additional time to answer or otherwise respond to the complaint. UCI and Defendants therefore stipulate and agree as follows:

| EVENT | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Microfun's deadline to answer or otherwise respond to the complaint | October 15, 2018 | December 14, 2018 |

UCI and UCI's counsel further agree and acknowledge that this Stipulation does not constitute a waiver of any defense of Defendants, including but not limited to the defense of lack of personal jurisdiction, lack of subject matter jurisdiction, or improper venue.

The parties respectfully submit that there is good cause for this motion. The extension of time is reasonable under the circumstances. As Beijing Microfun's deadline to answer or otherwise respond to the complaint is January 7, 2019 (pursuant to Fed. R. Civ. P. 4(d)(3)), extending Microfun's deadline to answer or otherwise respond to the complaint to December 14, 2018 will not delay the proceedings in this matter. The extension will not interfere with any other case deadlines, and no other deadlines need to change.

Accordingly, the parties respectfully request that the Court extend the deadline for Microfun to answer or otherwise respond to the complaint, as set forth in this stipulation.

**IT IS SO ORDERED**, this \_\_11th\_\_ day of October, 2018.

*/s/ M. S. Lasnik*
HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

STIPULATION AND ~~PROPOSED~~ ORDER TO
EXTEND CASE DEADLINES - 2
2:18-cv-00963-RSL

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

DATED this 9th day of October, 2018

DORSEY & WHITNEY LLP

*s/ Erin Kolter*
J. MICHAEL KEYES WSBA #29215
KEYES.MIKE@DORSEY.COM
ERIN KOLTER WSBA #53365
KOLTER.ERIN@DORSEY.COM
**Dorsey & Whitney LLP**
Columbia Center
701 Fifth Avenue, Suite 6100
Seattle, WA 98104
(206) 903-8800

Attorneys for Defendants Microfun Inc. and Beijing Microfun Co. Ltd.

LEE & HAYES PLLC

*s/ Robert R. Carlson*
ROBERT J. CARLSON WSBA #18455
CARLSON@LEEHAYES.COM
**Lee & Hayes, PLLC**
701 Pike Street, Suite 1600
Seattle, WA 98101
Telephone: (206) 315-4001
Fax: (206) 315-4004

Attorneys for Plaintiff United Command International, Ltd.

STIPULATION AND PROPOSED ORDER TO
EXTEND CASE DEADLINES - 3
2:18-cv-00963-RSL

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820