HONORABLE ROBERT S. LASNIK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED COMMAND INTERNATIONAL, LTD., a UK Private Limited Company,<br><br>Plaintiff,<br><br>vs.<br><br>MICROFUN INC., a Washington Corporation, and BEIJING MICROFUN CO. LTD., a Corporation of the People's Republic of China,<br><br>Defendants. | CIVIL ACTION NO. 2:18-cv-00963-RSL<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND CASE DEADLINE**<br><br>**NOTE ON MOTION CALENDAR: DECEMBER 7, 2018** |

Pursuant to LCR 7(d)(1), Plaintiff United Command International, Ltd. ("UCI") and Defendants Microfun Inc. ("Microfun") and Beijing Microfun Co. Ltd. ("Beijing Microfun") (collectively, "Defendants"), through their respective undersigned counsel, hereby stipulate to extend the time for Microfun to answer or otherwise respond to UCI's complaint by approximately three weeks. UCI and Defendants therefore stipulate and agree as follows:

| EVENT | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Microfun's deadline to answer or otherwise respond to the complaint | December 14, 2018 | January 7, 2019 |

STIPULATION AND ~~PROPOSED~~ ORDER TO
EXTEND CASE DEADLINE - 1
2:18-cv-00963-RSL

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

UCI and UCI's counsel further agree and acknowledge that this Stipulation does not constitute a waiver of any defense of Defendants, including but not limited to the defense of lack of personal jurisdiction, lack of subject matter jurisdiction, or improper venue.

The parties respectfully submit that there is good cause for this motion. The extension of time is reasonable under the circumstances. As Beijing Microfun's deadline to answer or otherwise respond to the complaint is January 7, 2019, extending Microfun's deadline to answer or otherwise respond to the complaint to the same date will not delay the proceedings in this matter. The extension will not interfere with any other case deadlines, and no other deadlines need to change. Moreover, the extension will allow the parties the opportunity to explore a potential resolution to this matter.

Accordingly, the parties respectfully request that the Court extend the deadline for Microfun to answer or otherwise respond to the complaint, as set forth in this stipulation.

**IT IS SO ORDERED**, this 17+ day of December, 2018.

_____
HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

STIPULATION AND ~~PROPOSED~~ ORDER TO
EXTEND CASE DEADLINE - 2
2:18-cv-00963-RSL

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

DATED this 7th day of December, 2018

DORSEY & WHITNEY LLP

*s/ Erin Kolter*
J. MICHAEL KEYES WSBA #29215
KEYES.MIKE@DORSEY.COM
ERIN KOLTER WSBA #53365
KOLTER.ERIN@DORSEY.COM
**Dorsey & Whitney LLP**
Columbia Center
701 Fifth Avenue, Suite 6100
Seattle, WA 98104
(206) 903-8800

*Attorneys for Defendants Microfun Inc. and Beijing Microfun Co. Ltd.*

LEE & HAYES PLLC

*s/ Robert R. Carlson*
ROBERT J. CARLSON WSBA #18455
CARLSON@LEEHAYES.COM
**Lee & Hayes, PLLC**
701 Pike Street, Suite 1600
Seattle, WA 98101
Telephone: (206) 315-4001
Fax: (206) 315-4004

*Attorneys for Plaintiff United Command International, Ltd.*

STIPULATION AND PROPOSED ORDER TO
EXTEND CASE DEADLINE - 3
2:18-cv-00963-RSL

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820